USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/31/20.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND, et al..,

        Plaintiffs,

v.

CSI INTERNATIONAL, INC.,

        Defendant.

No. 18-CV-9503 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 29, 2019, the Court referred this matter for a settlement conference before Judge Lehrburger. That conference was held on October 16, 2019. To date, the Court has not received an update from the parties about either their settlement efforts or any developments in this matter.

Accordingly, no later than February 7, 2020, the parties shall file a status letter, updating the Court on their settlement efforts and the status of this action.

SO ORDERED.

Dated:    January 31, 2020
            New York, New York

Ronnie Abrams
United States District Judge